(137 So. 926)

**Ed. L. THOMPSON v. STATE.**

3 Div. 708.

Court of Appeals of Alabama.
Oct. 27, 1931.

See, also, ante, p. 213, 132 So. 865; ante, p. 300, 134 So. 679.

R. S. Hill, Jr., of Montgomery, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, J.
Appeal dismissed by agreement.

(135 So. 926)

**John THOMPSON v. STATE.**

4 Div. 836.

Court of Appeals of Alabama.
June 18, 1931.

PER CURIAM.
Appeal dismissed by appellant.

(130 So. 926)

**Pat THOMPSON v. STATE.**

4 Div. 698.

Court of Appeals of Alabama.
Nov. 11, 1930.

SAMFORD, J.
Appeal dismissed.

(131 So. 927)

**Roscoe THORNTON v. STATE.**

6 Div. 840.

Court of Appeals of Alabama.
Jan. 13, 1930.

J. B. Powell, of Jasper, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed.

(131 So. 927)

**Earnest THRASH v. STATE.**

5 Div. 805.

Court of Appeals of Alabama.
Nov. 25, 1930.

BRICKEN, P. J.
Appeal dismissed.

(131 So. 927)

**J. T. TILLERY v. Mrs. N. N. PEARSON et al.**

6 Div. 628.

Court of Appeals of Alabama.
Nov. 28, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(130 So. 926)

**Willie TILLMAN v. STATE.**

1 Div. 986.

Court of Appeals of Alabama.
Nov. 18, 1930.

RICE, J.
Affirmed.

(138 So. 926)

**Clarence TOMLIN v. CITY OF TUSCALOOSA.**

6 Div. 191.

Court of Appeals of Alabama.
Dec. 17, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.